UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF TEXAS
CORPUS CHRISTI DIVISION

| | |
|---|---|
| ARASELI RAMIREZ STUART, *et al*, § § § Plaintiffs, § VS. § CIVIL ACTION NO. C-00-366 § NUECES COUNTY, TEXAS, *et al*, § § § Defendants. § | |

## ORDER

On this day the Court held a telephone conference in the above-styled action and ordered as follows:

(1) Plaintiff is hereby ORDERED to (a) apply to the Court to withdraw funds for purposes of paying the property taxes on her minor children's home, and (b) pay the property taxes on her minor children's home, in a timely fashion each year; and

(2) Plaintiff is hereby ORDERED to submit a status report to the Court on the first Monday of the month, every three months beginning June 2, 2008, verifying to the Court that she is making payments in compliance with the installment agreement filed with the Court as Docket No. 155.

SIGNED and ORDERED this 14th day of March, 2008.

_____
Janis Graham Jack
United States District Judge